■ Maria G. Tanascovic, an Infant by Maria Ferrara, Her Parent and Natural Guardian, Respondent, v. Povel Tanascovic, Appellant.—■

Concur — Stevens, P. J., Capozzoli, McGivern and Steuer, JJ.

■ In the Matter of Rose Perlstein, Petitioner, v. John P. Lomenzo, as Secretary of State of the State of New York, Respondent.—■

Concur — Stevens, P. J., Eager, Nunez, McNally and Tilzer, JJ.

■ In the Matter of Clinton W. Blume Realty Corp., Respondent, v. General Property Corporation et al., Appellants, and Equity Corporation et al., Respondents.—■

Concur — Eager, J. P., Capozzoli, McGivern and Markewich, JJ.